FILED IN
COURT OF CRIMINAL APPEALS

SEP 04 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 02 2015

Abel Acosta, Clerk

NO. _____

IN THE COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

JAMES EDWARD ROGERS JR.

Vs.

THE STATE OF TEXAS

FROM APPEAL NO. 05-14-00695-CR

On Appeal from the 196th Judicial District Court
Hunt County, Texas
Trial Court Cause No. 28576

FIRST MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, James Edward Rogers Jr., Petitioner, and files this Motion for an Extension of Time of Ninety Days (90) days in which to file a Petition for Discretionary Review. In support of this Motion, the Appellant shows the Court the following:

I.

The Petitioner was convicted in the 196th District Court of Hunt County, Texas of the Offence possession of a controlled substance, methamphetamine, in Cause No. 28576, Styled State of Texas vs. James Edward Rogers Jr.. The Petitioner appealed to the Court of Appeals Fifth District of texas at Dallas. The Case was Affirmed on July 20, 2015 but Petitioner did not receive his notice of the Court's Decision until the afternoon of Friday August 7, 2015 in the Prison legal mail mailroom. The present deadline for filing the Petition for Discretionary Review was August 19th, 2015 but Petitioner is disabled, legally blind, and because of the delay in getting notice and having to get another inamte read and help him with this Motion he begs the Court to allow this FIRST MOTION.

II.

As stated above, Petitioner's deadline for Filing his PDR was August 19th, 2015, but he did not receive notice until August 7th, 2015. Since he is legally blind and indigent he has had to get

1

help from other inmates to assist with this first Motion. Petitioner has NOT requested any Extension prior to this request.

### III.

Petitioner's request for an extension of time is based upon the following FACTS: Petitioner was not informed of the decision of the Court of Appeals in Affirming his case until the afternoon of Friday august 7th, 2015. His attorney on the Appeal, John S. Butler, has informed Petitioner that he will not represent him on the Petition for Discretionary Review.

### IV.

Petitioner is requesting a Copy of the Appellate Record in order that he may get help in perfecting his PDR. Without these documents Petitioner will be unable to adequately file a PDR.

### V.

This Motion is NOT to hamper or delay, but is necessary because Petitioner is legally blind, is disabled, and is indigent and proceeding Pro Se. He needs this time for legal research. Petitioner is incarcerated and is limited to 2 hours a day, five days per week, in the Prison Law Library, but as stated he is blind and has no access to Braile Law Books. He is totally dependent on help from other inamtes.

WHEREFORE, Petitioner prays this Court grant this Motion and Extend his time for the Deadline of Filing the Petition for Discretionary Review in Case NO. 05-14-00695-CR to November 19th, 2015.

Respectfully Submitted

James Edward Rogers Jr.
TDCJ # 1937467
CT Terrell Unit
1300 FM 655
Rosharon, TX 77583

2

## Certificate of Service

I certify that a true and correct copy (carbon copy) of the above and foregoing First Motion ofr Extension of Time to File a Petition for Discretionary Review has been forwarded by U.S. Mail, postage prepaid, First Class to the State prosecuting Attorney, P.O. Box 12405, Austin TX 78711 on this the 28th Day of August, 2015.

_James E. Rogers Jr_

James Edward Rogers, Jr.
Petitioner, Pro Se


## Unsworn Affidavit

I, James Edward Rogers Jr., TDCJ #1937467, being presently incarcerated in the CT Terrell Unit of the Texas Department of Criminal Justice in Brazoria County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge. Executed this date, August 28th, 2015

_James E. Rogers Jr_

James Edward Rogers Jr.
TDCj # 1937467
CT Terrell Unit
1300 FM 655
Rosharon, TX 77583

3

FRIDAY, AUGUST 28, 2015



RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 02 2015

Abel Acosta, Clerk

ABEL ACOSTA, CLERK
COURT of CRIMINAL APPEALS
PO BOX 12308
AUSTIN, TX 78711

RE: Trial Court Cause NO. 28576, Hunt County, TX
Fifth Court of Appeals NO. 05-14-00695-CR

Filing of Motion for Extension of time to file PDR


Dear Honorable Clerk,

Please find my Pro-Se Defendant's Motion for Extension of Time to File Petition for Discretionary Review, including requesting copies of Court Records. Please File this Motion and bring it to the attention of the Court.

On July 20, 2015 the Appeals Court (Fifth District at Dallas) Affirmed my Judgement from the Trial Court. I did not receive the notice in the Prison mailroom until August 8 2015 which told me I had until August 19, 2015 to prepare and File my PDR which was impossible as I am disabled, legally blind, and have no way to do this on my own, hance the need for additional time to file.

I also need copies of Court Records so that some other inmates who may help me can read them and help me prepare a pro se PDR. Can you send me a list of court records available or send me the Court File, per Federal Gov't Rules as a Blind Person I should be able to get these free of charge.

I have also included a carbon copy of this letter for you to file date and time stamp and return to me in the S.A.S.E. i am providing.


Thank you for your Assistance in this matter.

Sincerley

James Rogers, Jr. #1937467
Terrell Unit
1300 FM 655
Rosharon, TX 77583